**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| KAREN A. PULKKINEN, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 09-99-P-H |
| | ) | |
| FAIRPOINT COMMUNICATIONS, INC. AND VERIZON NEW ENGLAND, INC., | ) ) ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On November 30, 2010, the United States Magistrate Judge filed with the court, with copies to parties, her Recommended Decision and Order Denying Motion to Supplement. The plaintiff filed an objection to the Recommended Decision and Order on December 17, 2010. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motion to supplement is **DENIED**. The defendant Verizon New England, Inc.'s motion for summary judgment is **GRANTED**.

**SO ORDERED.**

**DATED THIS 10TH DAY OF JANUARY, 2011**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**